UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD O. VILLELLA, COURTNEY S. TARPLEY, JEFF ROSSI, MELISSA GILLMER, MICHAEL I. OLSHAKOSKI, and ROSEMARIE OLSHAKOSKI

        Plaintiffs,

-against-

DOUGLAS W. LOGAN, HOMELAND TOWERS, LLC, NEW CINGULAR WIRELESS PCD LLC d/b/a AT&T, and NEW YORK SMSA LIMITED PARTNERSHIP d/b/a VERIZON WIRELESS,

        Defendants.

**RULE 7.1 DISCLOSURE STATEMENT**

20-cv-9905

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant New York SMSA Limited Partnership d/b/a Verizon Wireless, certifies the following:

  New York SMSA Limited Partnership d/b/a Verizon Wireless is a New York limited partnership, with its principal place of business at One Verizon Way, Basking Ridge, NJ 07920. It is composed of the following two partners:

1. **Cellco Partnership d/b/a Verizon Wireless** ("Cellco") is a general partnership formed under the laws of the State of Delaware. Cellco has four partners in total and is indirectly, wholly owned by Verizon Communications Inc. ("Verizon"). Verizon, a publicly traded company, has its principal place of business at 1095 Avenue of the Americas, New York, New York. The following is a listing of partners:

   o <u>Bell Atlantic Mobile Systems LLC</u>, One Verizon Way, Basking Ridge, NJ

   07920-1097, a Delaware limited liability company with its principal place of business in New Jersey, whose sole member is MCI Communications Services, Inc., a Delaware corporation with its principal place of business in New Jersey;

- o <u>GTE Wireless LLC</u>, One Verizon Way, Basking Ridge, NJ 07920-1097, a Delaware limited liability company with its principal place of business in New Jersey, whose sole member is GTE LLC, a Delaware limited liability company with is principal place of business in New Jersey; and

- o <u>Verizon Americas LLC</u>, a Delaware limited liability company with a principal place of business in New Jersey, whose sole member is Verizon Communications Inc., a publicly traded company with a principal place of business in New York.

2. **BAMS Communications LLC** is a Delaware limited liability company with a principal place of business in New Jersey, whose sole member is MCI Communications Services LLC, a Delaware limited liability company with a principal place of business in New Jersey.

Dated: Tarrytown, New York
   November 25, 2020

            **SNYDER & SNYDER, LLP**

            By:  /s/
             Carlotta Cassidy
             94 White Plains Road
             Tarrytown, New York 10591
             (914) 333-0700
             ccassidy@snyderlaw.net